SLIP OPINION


# ARKANSAS COURT OF APPEALS

### DIVISION III
### No. CV-13-869

| | |
|---|---|
| BRITTANY OLSZEWSKI<br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF<br>HUMAN SERVICES<br>APPELLEE | **Opinion Delivered** June 4, 2014<br><br>APPEAL FROM THE WASHINGTON<br>COUNTY CIRCUIT COURT<br>[NO. JV-12-358-3]<br><br>HONORABLE STACEY<br>ZIMMERMAN, JUDGE<br><br>AFFIRMED; MOTION TO<br>WITHDRAW GRANTED |

## JOHN MAUZY PITTMAN, Judge

This is an appeal from an order terminating the parental rights of appellant Brittany Olszewski to her infant child. The child was removed from the home because of appellant's habitual use of a variety of illegal drugs and her exposure of the child to methamphetamine. Appellant's parental rights were terminated more than a year later on findings that such was in the child's best interest and that, *inter alia*, despite appropriate services being offered to appellant, she had failed to remedy the problems that caused the child's removal and had failed to comply with the case plan, had failed to pass drug screens, had failed to complete counseling, and had been sentenced to imprisonment for two years.

Appellant's attorney has filed a motion to be relieved as counsel and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i), asserting that there are no issues of

arguable merit to support the appeal. Counsel's brief includes an abstract and addendum of the proceedings below, detailing all adverse rulings made at the termination hearing, and explains why there is no meritorious ground for appeal. The clerk of this court sent copies of the brief and motion to be relieved to appellant's last known address, informing her that she had the right to file pro se points for reversal under Ark. Sup. Ct. R. 6-9(i)(3). The packet was returned, marked "Attempted, Not Known." Appellant's attorney has no further contact information, and appellant has filed no pro se points.

Based on our examination of the record and the brief presented to us, we find that counsel has complied with Rule 6-9(i), and we hold that the appeal is wholly without merit. Consequently, we grant counsel's motion to withdraw and affirm the order terminating appellant's parental rights.

Affirmed; motion to withdraw granted.

HIXSON and WOOD, JJ., agree.

*Deborah R. Sallings*, Arkansas Public Defender Commission, for appellant.

No response.